MICHAEL J. HEYMAN
United States Attorney

MANDY M. MACKENZIE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Mandy.Mackenzie@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>NICHOLAS RASHAD THOMAS,<br>a/k/a "Nico,"<br>a/k/a "Nicholoas Kuntree,"<br><br>        Defendant. | No. 3:26-cr-00066-SLG-MMS<br><br>COUNT 1<br>TRAFFICKING IN FIREARMS<br>  Vio. of 18 U.S.C. §§ 933(a)(2) and<br>933(b)<br><br>COUNT 2<br>FELON IN POSSESSION OF FIREARMS<br>  Vio. of 18 U.S.C. §§ 922(g)(1) and<br>924(a)(8)<br><br>CRIMINAL FORFEITURE<br>ALLEGATION<br>  18 U.S.C. § 924(d)(1), 21 U.S.C. § 853<br>and 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Grand Jury Charges that:

COUNT 1

Beginning on a date unknown and continuing to no later than March 25, 2026, the

Defendant, NICHOLAS RASHAD THOMAS, a/k/a "Nico," a/k/a "Nicholoas Kuntree,"

within the District of Alaska, did receive from another person, in or otherwise affecting interstate or foreign commerce, firearms, namely a Ruger pistol, Model: P89, Cal: 9; a Cobra Enterprises of Utah pistol, Model: CA380, Cal: .380; a Taurus pistol, Model: THl0, Cal: 10; a Hawk Industries Co. Ltd. shotgun, Model: Pardner Pump, Cal: 12 Gauge; a Ruger, Model: Mini 30, Cal: 7.62x39; and a CZ pistol, Model: P-10 F, Cal: 9x19, knows or had reasonable cause to believe that such receipt would constitute a felony.

All of which is in violation of 18 U.S.C. §§ 933(a)(2) and 933(b).

COUNT 2

On or about March 25, 2026, within the District of Alaska, the Defendant, NICHOLAS RASHAD THOMAS, a/k/a "Nico," a/k/a "Nicholoas Kuntree," knowing he had previously been convicted of the following crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely a Ruger pistol, Model: P89, Cal: 9; a Cobra Enterprises of Utah pistol, Model: CA380, Cal: .380; a Taurus pistol, Model: THl0, Cal: 10; a Hawk Industries Co. Ltd. shotgun, Model: Pardner Pump, Cal: 12 Gauge; a Ruger, Model: Mini 30, Cal: 7.62x39; and a CZ pistol, Model: P-10 F, Cal: 9x19.

Case 3:26-cr-00066-SLG-MMS    Document 2    Filed 07/22/26    Page 2 of 4

<u>Prior Convictions</u>

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| August 12, 2016 | Vehicle Theft 1 | State of Alaska, Superior Court Third Judicial District | 3AN-15-8837CR |
| August 12, 2016 | Vehicle Theft 1 | State of Alaska, Superior Court Third Judicial District | 3AN-16-6263CR |
| June 11, 2018 | Failure to Stop/Direction of Officer-Reckless Driving | State of Alaska, Superior Court Third Judicial District | 3PA-18-005CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

<u>CRIMINAL FORFEITURE ALLEGATION</u>

The allegations contained in Counts 1and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. § 924(c)(1)(A) as set forth in Counts 1 and 2 of this Indictment, the Defendant NICHOLAS RASHAD THOMAS, a/k/a "Nico," a/k/a "Nicholoas Kuntree," shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved or used in commission of the offense, including, but not limited to:

1. Pistol, Ruger, Model: P89, Cal: 9, Serial#: 309-35480;

2. Pistol, Cobra Enterprises of Utah, Model: CA380, Cal: .380, Serial#: CPI 00313;

3. Pistol, Taurus, Model: THl0, Cal: 10, Serial#: AHA714995;

4. Shotgun, Hawk Industries Co. Ltd, Model: Pardner Pump, Cal: 12 Gauge, Serial#: NZ888231;

5. Pistol, Ruger, Model: Mini 30, Cal: 7.62x39, Serial#: 189-64673;

6. Pistol, CZ, Model: P-10 F, Cal: 9x19, Serial#: C841051; and

7. All associated magazines and ammunition.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the

Federal Rules of Criminal Procedure.

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Mandy M. Mackenzie
MANDY M. MACKENZIE
Assistant U.S. Attorney
United States of America


s/ Thomas C. Bradley for
MICHAEL J. HEYMAN
United States Attorney
United States of America


DATE:  7/21/26

Case 3:26-cr-00066-SLG-MMS    Document 2    Filed 07/22/26    Page 4 of 4